# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA VOLLE , <br><br> Plaintiff(s) <br><br> v. <br><br> RICOS TACOS, INC. et al. , <br><br> Defendant(s) | Case No. C 5:19-04129-LHK <br><br> NOTICE OF SETTLEMENT OF ADA ACCESS CASE <br><br> (ADA ACCESS CASES) |

The parties have reached an agreement in principle to resolve this action in its entirety and intend to file a dismissal within __45__ days.

Date:  April 3. 2020

Signed: /s/ Irene Karbelashvili
                    Attorney for Plaintiff(s)

Signed: /s/ Elizabeth M. Pappy
                    Attorney for Defendant(s)

Signed: _____
                    Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*