**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for DEBRA VOLLE, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA VOLLE, <br><br> Plaintiff, <br><br> vs. <br><br> RICOS TACOS, INC. et al. <br><br> Defendants. | Case No. 19-cv-04129-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER DISSMING ACTION WITH PREJUDICE** |

1  Plaintiff Debra Volle ("Plaintiff") and Defendants Ricos Tacos, Inc. and Campbell Plaza
2  Development Co. (collectively, "Defendants") stipulate and respectfully request that the Court
3  dismiss this action in its entirety with prejudice with each side her/their own attorney fees, costs,
4  and litigation expenses. The parties also request that the Court retain jurisdiction over the
5  remediation provisions of the parties' settlement agreement in accordance with General Order
6  No. 56.

Respectfully submitted,

Dated: April 28, 2020  
                            /s/  
Irene Karbelashvili, Attorney for Plaintiff

Dated: April 30, 2020  
                            /s/  
Elizabeth M. Pappy, Attorney for Defendants

**Filer's Attestation**

I, Irene Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

                            /s/  
Irene Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each bearing her/their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the parties' settlement agreement. The Clerk shall close the case file.

**IT SO ORDERED.**

Dated: April 30, 2020

*Lucy H. Koh*
United Sates District Judge